HEATHER E. WILLIAMS, SBN #122664
Federal Defender
LINDA ALLISON, SBN #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Linda_allison@fd.org
Attorneys for Defendant
JORDAN PIGG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:16-CR-00212 DB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | ) ) | |
| JORDAN PIGG | ) ) | Date:   March 21, 2017 Time:  9:30 A.M. |
| Defendant. | ) ) ) | Judge: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Phillip A. Talbert,  through Assistant United States Attorney Justin Lee,  attorney for Plaintiff and Federal Defender Heather Williams, through Chief Assistant Federal Defender Linda Allison, attorney for defendant Jordan Pigg, that the previously-scheduled status conference date of March 20, 2017 be vacated and the matter be set for status conference on May 16, 2017 at 10:00 a.m. The defense needs additional time to prepare and, in particular, negotiate the terms of a deferred prosecution agreement.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 16, 2017,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) reasonable time to prepare and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting

1  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                                   Respectfully submitted,

Dated:  March 20, 2017           HEATHER E. WILLIAMS
                                                   Federal Defender

                                                 */s/ Linda Allison*
                                                 LINDA ALLISON
                                                 Chief Assistant Federal Defender
                                                 Attorney for Defendant
                                                 Jordan Pigg

Dated: March 20, 2017            Phillip A. Talbert
                                                 United States Attorney

                                                 */s/Justin Lee*
                                                 JUSTIN LEE
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 16, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the March 21, 2017 status conference shall be continued until May 16, 2017 at 10:00 a.m

Dated:  March 21, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE