PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16-cr-00212-DB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JORDAN HUNTER PIGG, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 16, 2017.

2. By this stipulation, the defendant now moves to continue the status conference until June 20, 2017, and to exclude time between May 16, 2017, and June 20, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The United States has referred this matter to Pretrial Services for consideration whether the defendant would be a good candidate for pretrial diversion. As part of pretrial diversion, the proceedings against the defendant would be deferred for a period of time and then dismissed should the defendant successfully comply with the terms of the diversion program. The parties are currently considering the terms of a diversion program and anticipate presenting a

diversion package to the Court on June 20, 2017.

      b)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      c)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 16, 2017 to June 20, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 9, 2017                              PHILLIP A. TALBERT
                                                       United States Attorney

                                                       /s/ JUSTIN L. LEE
                                                       JUSTIN L. LEE
                                                       Assistant United States Attorney

Dated: May 9, 2017                              /s/ LINDA ALLISON
                                                       LINDA ALLISON
                                                       Counsel for Defendant
                                                       JORDAN HUNTER PIGG

**<u>ORDER</u>**

Pursuant to the parties' stipulation (ECF No. 8) IT IS SO ORDERED.

DATED: May 10, 2017         /s/ DEBORAH BARNES
                            UNITED STATES MAGISTRATE JUDGE